IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>MOSYLE CORPORATION,<br><br>        Defendant. | C.A. No. 1:21-cv-00006-MN<br><br>**JURY TRIAL DEMANDED** |

### DEFENDANT MOSYLE CORPORATION'S MOTION TO DISMISS

Defendant Mosyle Corporation ("Mosyle") respectfully moves this Court to dismiss Plaintiff Kajeet, Inc.'s ("Kajeet") claims for direct, indirect, and willful infringement of U.S. Patent 8,667,559, along with Kajeet's past damages claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Mosyle's Opening Brief in Support of its Motion to Dismiss, which is being filed contemporaneously herewith.

Dated:  February 25, 2021	FISH & RICHARDSON P.C.

By: */s/ Nitika Gupta Fiorella*
Nitika Gupta Fiorella (#5898)
222 Delaware Avenue, 17th Floor
Wilmington, DE  19899
(302) 652-5070
fiorella@fr.com

Lawrence Kolodney
Joy B. Kete
Fish & Richardson P.C.
1 Marina Park Drive
Boston, MA 02210
(617) 542-5070
kolodney@fr.com
kete@fr.com

***Attorneys for Defendant, Mosyle Corporation***