# EXHIBIT C

Dashboard / … / iPad Support

# How to Setup iPad enrolled in Mosyle

Created by Mehring, Rashell, last modified on Dec 14, 2020

## Text directions (visual supports are located in the next section):

1. Power on the device (power button is located on the top right corner of the device if the charging port is on the bottom)
2. Press the Home Button to start the setup process
3. Select the appropriate language
4. Select the appropriate country or region
5. On the Quick Start screen, tap **Set Up Manually**
6. Connect to a network (if you are at an SSD site use SSD_Secured and you may receive a security request - tap on **Trust** in the top, right corner)
7. On the Remote Management screen tap **Next** (it may take a few minutes for the device to go through management configuration)
8. Tap to **enable Location Services** (this allows us to locate the device if it is missing/lost - if the device freezes on this screen do a hard reset by holding the power button and Home button down at the same time until a white Apple icon appears on the screen)
9. Select the desired screen appearance, tap **Continue**
10. The Mosyle Manager app should auto-install on the home screen (if it does not appear please contact Tech Services by submitting a tech support ticket at jira.ssdmo.org)
11. If you receive a Bluetooth request - do not allow (it's ok if you allow)
12. If you receive a location request- Allow while using the App (it's ok if you select a different option)
13. **If you know your department code or have a department QR code**, tap to open the Mosyle Manager app
    a. enter your department code in the Activation Code text box or
    b. tap on the image of the QR code
       i. Allow camera access
       ii. hover the camera of the device over the QR code that was provided to you from Tech Services
       iii. Tap on Force Push
       iv. Tap on Back in the top left corner
       v. Tap on Self-Service (under Self-Service you will find all of the apps that are deployed to iPads in your department - if you need additional apps please request through a technology services support ticket at jira.ssdmo.org

## Step-by-step video



MosyleiPadSetup.mp4

## ⊖ QR code Visual Supports

### After the device is set up (connected to wifi) tap on the Mosyle Manager App





### Tap on the QR code

### Tap OK to accept the permissions for the app to use the camera

### Hover the camera over the QR code provided in your ticket.

## Page information

Page title: How to Setup iPad enrolled in Mosyle

Created by: Technology Services Department

Created date: 📅 07-23-2020

Last modified date: 📅 12-14-2020