# EXHIBIT D



This app is available only on the App Store for iPhone and iPad.



App Store Preview

ScreenGuide Parental Control [4+]
Limit Kids' Screen Time
Mosyle

★★★☆☆ 3.0 • 77 Ratings

Free

## iPad Screenshots



## Additional Screenshots
iPhone

Monitor and control your kid's iPhones and iPads using these powerful parental controls! Set up daily screen time, configure the app blocker, restrict access to inappropriate websites and lock completely the device at any time and from anywhere.

Be empowered by a quick and simple parental control app with great features like Internet filtering, list of selected apps to be hidden or accessible to children, and much more.

Create your family and easily add your child's devices to be able to control it.

By using the Daily Screen Time feature, parents can configure the amount of time children will be allowed to use their iPhones, iPads and/or iPods during the day! Parents are also able to add bonus time to the day for children and set a list of always allowed apps!

Lock the device using the Time-Out feature and ensure kids will not be distracted with digital devices when they should be studying, sleeping or having fun with family and friends.

CONFIGURE RULES FOR THE SAFE USE OF IPHONES AND IPADS:
• Set up Daily Screen Time
• Hide Restricted Apps from your children
• Set a list to Show Only Selected Apps
• Lock the device in one App, avoiding distractions during homework
• Block all apps
• Remotely install applications
• See all the apps installed on child's devices
• Learn more about the apps your children are using

PROTECT YOUR CHILD:
• Block Facebook, SnapChat, Instagram, Twitter, or any other social media app
• Internet filtering to limit access to inappropriate content
• Completely block Internet by hiding app browsers
• Receive alerts about potential risks on children's devices
• Remotely delete inappropriate apps
• Do not allow kids to install new apps or some deleted apps
• Prevent erotic and explicit content in iTunes and iBook Store
• Control the use of FaceTime and iMessage apps

SET RESTRICTIONS:
• Remove the password when you have to get access to children's devices
• Block in-app purchasing
• Block the Camera
• Block Game Center
• Block the Apple ID from being changed
• Block any changes to Cellular Data settings
• Block any changes to Passcode.

ScreenGuide Premium: Unlock the full parental control experience
Upgrade to Screen Guide Premium to monitor all family's devices and schedule device rules to keep children safe and healthy!

Premium parental control features:
• Add up to 10 child's devices;
• Schedule Time-Out
• Schedule App Lists for your children: Hide Restricted Apps, Show Only Selected Apps, Lock the device in one App

You can be a premium user of the ScreenGuide App by auto-renewing your subscription, which will be charged to the associated iTunes Account at confirmation of purchase. The monthly subscription is US$2.99 per month. The 6-months subscription is US$2.42/month billed in one payment of US$14.49. The one-year subscription is US$2.08 per month billed in one payment of US$24.99. Prices are in US dollars, may vary in countries other than the US, and are subject to change without notice. Subscription will auto-renew unless turned off 24-hours prior to the end of the current period. Auto-renewal may be turned off at any time by going to your settings in the iTunes Store after purchase. If you don't choose to purchase ScreenGuide Premium, you can simply continue using ScreenGuide for free.

Privacy policy: http://screen.guide/legal/privacy
Terms of use: http://screen.guide/legal/terms

## What's New

Version History

Version 2.5.1
*NEW: Set a list of always allowed apps during Screen Time
Now you can set a list of the applications that will never be blocked when Screen Time feature is enabled.

Other updates to make ScreenGuide even better:
*New Screen Time Analytics
*Performance improvements

## Ratings and Reviews

See All

**3.0**
out of 5



77 Ratings


cxnt/rax, 03/10/2019
**Confused…**
I need to regulate my nieces screen time on an old phone of mine that she uses to play games. The only option I'm given as far as what kind of device I want to add is a s... *more*


JoeLee, 11/26/2018
**App not reliable. Too many glitches**
This app has been glitchy from the start but I gave it more than 6 months. There were sync errors, and many other glitches. Getting customer support was terrible... *more*


ScreenGuide, 06/30/2018
**Glitchy but good**
Before the was working just fine. Now, *more*

**Developer Response**,
Hey! We appreciate you taking the tim *more*

## App Privacy

See Details

The developer, **Mosyle**, has not provided details about its privacy practices and handling of data to Apple. For more information, see the developer's privacy policy.



**No Details Provided**
The developer will be required to provide privacy details when they submit their next app update.

## Information

| | |
|---|---|
| Seller | Mosyle Corporation |
| Size | 49.6 MB |
| Category | Lifestyle |
| Compatibility | Requires iOS 9.0 or later. Compatible with iPhone, iPad, and iPod touch. |
| Languages | English, Portuguese, Spanish |
| Age Rating | 4+ |
| Copyright | © 2016 Mosyle Corporation |
| Price | Free |

Developer Website ↗
App Support ↗
Privacy Policy ↗

## Supports

 **Family Sharing**
With Family Sharing set up, up to six family members can use this app.

## More By This Developer





**Mosyle Manager M...**
Education

**Mosyle Business**
Productivity

---

## You May Also Like

See All

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.   Privacy Policy | Terms of Use | Sales and Refunds | Legal | Site Map   Choose your country or region