# EXHIBIT E



# Google Play

**Apps**

Search

**My apps**

**Shop**

Games

Kids

Editors' Choice

Account

Payment methods

Play Points — New

My subscriptions

Redeem

Buy gift card

My wishlist

My Play activity

Parent Guide



# ScreenGuide | Parental Control

**Mosyle Corporation** · Parenting

★★★☆ · 114

Everyone

Offers in-app purchases

ⓘ This app is compatible with some of your devices.

🔖 Add to Wishlist                    **Install**



Monitor and control your kid's smartphones and tablets using these powerful parental controls! Set up daily screen time, configure the app blocker and lock completely the device at any time and from anywhere.

Be empowered by a quick and simple parental control app with great features like list of selected apps to be hidden or accessible to children, and much more.

Create your family and easily add your child's devices to be able to control it.

By using the Daily Screen Time feature, parents can configure the amount of time children will be allowed to use their smartphones during the day! Parents are also able to add bonus time to the day for children and set a list of always allowed apps!

Lock the device using the Time-Out feature and ensure kids will not be distracted with digital devices when they should be studying, sleeping or having fun with family and friends.

LIMIT SCREEN TIME AND BLOCK APPS FEATURES:
• Set up Daily Screen Time
• Hide Restricted Apps from your children
• Set a list to show Only Selected Apps
• Lock the device in one App, avoiding distractions during homework
• Hide all apps;
• Block Facebook, SnapChat, Instagram, Twitter, or any other social media app;
• Completely block Internet by blocking app browsers;
• Receive alerts about potential risks on children's devices:



Privacy - Terms

Apps
Categories
Home
Top charts
New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
Play Points New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

• Learn more about the apps your children are using;
• Understand your children behavior when they are using digital devices;
• Remotely delete inappropriate apps;
• Remotely install applications;
• Block the Camera
• Do not allow Bluetooth
• Block access to Settings
• Block access to Google Play

ScreenGuide Premium: Unlock the full parental control experience
Upgrade to Screen Guide Premium to monitor all family's devices and schedule device rules to keep children safe and healthy!

PREMIUM PARENTAL CONTROL FEATURE:
• Add up to 10 child's devices;
• Schedule Time-Out
• Schedule App Lists for your children: Hide Restricted Apps, Show Only Selected Apps, Lock the device in one App

You can be a premium user of the ScreenGuide App by auto-renewing your subscription, which will be charged to the associated Google Play at confirmation of purchase. The monthly subscription is US$ 2.99 per month. Subscription will auto-renew unless turned off 24-hours prior to the end of the current period. Manage your subscriptions in Google Play after purchase.

Privacy policy: http://screen.guide/legal/privacy
Terms of use: http://screen.guide/legal/terms

This app uses the Device Administrator permission.

COLLAPSE

REVIEWS

Review policy and info

3.6

114 total

**Linhua Gong**
August 4, 2020 — 2
Be careful before installation. It will remove all your kids apps on Ipad, and there is no way to recover! Don't like this app!

**Lim Chee Boon**
March 27, 2020 — 1
Great product but could be better: 1. To have Duration limit with break duration setting so tat kids won't stares on the screen for too long. 2. My girl feed back that after timeout is over, all her apps folder were messed up and she get very frustrated having to rearrange them again.

**Gecko Redstone**
August 13, 2019 — 8
I am a child of one of your users. My parents tried to use this app to check my phone and to make sure I don't get certain apps or do certain things yet I still have maneged to get though

Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
Play Points New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Full Review

Alan Winterton
November 3, 2019
2

I can't control any of my son's usage and yet it removed safari and it can't be reinstalled. I'd rate the program a Zero but that isn't an option.

READ ALL REVIEWS

WHAT'S NEW

*NEW: Set a list of always allowed apps during Screen Time
Now you can set a list of the applications that will never be blocked during the Screen Time.

Other updates to make ScreenGuide even better:
*New Screen Time Analytics
*Performance improvements

ADDITIONAL INFORMATION

| Updated | Size | Installs |
|---|---|---|
| July 5, 2018 | 15M | 10,000+ |
| **Current Version** | **Requires Android** | **Content Rating** |
| 2.5.1 | 4.1 and up | Everyone<br>Learn more |
| **Interactive Elements** | **In-app Products** | **Permissions** |
| Users Interact, Shares Location, Digital Purchases | $2.99 - $24.99 per item | View details |
| **Report** | **Offered By** | **Developer** |
| Flag as inappropriate | Mosyle Corporation | Visit website<br>hello@screen.guide<br>Privacy Policy<br>444 W. New England Avenue, Suite 114, Winter Park, FL 32789 USA |

Similar

See more

Apps

Categories Home Top charts New releases

My apps
Shop

Games
Kids
Editors' Choice

Account
Payment methods
Play Points New
My subscriptions
Redeem
Buy gift card
My wishlist
My Play activity
Parent Guide

Canopy - Parental C
Canopy-app

Bit Guardian Parent
Bit Guardian GmbH
$9.99

Parental Control : S
Bit Guardian GmbH

Bitdefender Parenta
Bitdefender

©2020 Google Site Terms of Service Privacy Developers About Google | Location: United States Language: English (United States)
By purchasing this item, you are transacting with Google Payments and agreeing to the Google Payments Terms of Service and Privacy Notice.





