IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KAJEET, INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSYLE CORPORATION, <br><br> Defendant. | C.A. No. 1:21-cv-00006-MN <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT MOSYLE CORPORATION'S MOTION TO DISMISS PLAINTIFF KAJEET, INC.'S FIRST AMENDED COMPLAINT**

Defendant Mosyle Corporation ("Mosyle") respectfully moves this Court to dismiss Plaintiff Kajeet, Inc.'s ("Kajeet") claims for direct, indirect, and pre-suit willful infringement of U.S. Patent 8,667,559, along with Kajeet's past damages claim, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Mosyle's Opening Brief in Support of its Motion to Dismiss Kajeet's First Amended Complaint, which is being filed contemporaneously herewith.

Dated: March 25, 2021              FISH & RICHARDSON P.C.


                                   By: */s/ Nitika Gupta Fiorella*
                                       Nitika Gupta Fiorella (#5898)
                                       222 Delaware Avenue, 17th Floor
                                       Wilmington, DE  19899
                                       (302) 652-5070
                                       fiorella@fr.com

                                       Lawrence Kolodney
                                       Joy B. Kete
                                       Fish & Richardson P.C.
                                       1 Marina Park Drive
                                       Boston, MA 02210
                                       (617) 542-5070
                                       kolodney@fr.com
                                       kete@fr.com


                                   ***Attorneys for Defendant, Mosyle Corporation***