# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KAJEET, INC., | § § § | C.A. No. 21-cv-6-MN |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| MOSYLE CORPORATION, | § § § | |
| Defendant. | § § § | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER 41(a)(1)A(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Kajeet, Inc. ("Kajeet") hereby files this Notice of Voluntary Dismissal, dismissing its claims against Defendant Mosyle Corporation ("Mosyle") with prejudice.

Kajeet filed its Original Complaint and Jury Demand against Mosyle on January 4, 2021. The Complaint was served on Mosyle on January 5, 2021. Mosyle has not yet filed "an answer or a motion for summary judgment" as set out in Fed. R. Civ. P. 41(a)(1)(A)(i).

By filing this Notice of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Kajeet hereby dismisses the case against Mosyle with prejudice.

DATED: May 28, 2021

Respectfully submitted,

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com
*Attorneys for Plaintiff*